## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | | PLAINTIFF |
| v. | No. 4:09CR00165 JLH | |
| ZAKEE ABDUL WADOOD | | DEFENDANT |

### ORDER

The government's Motion for Leave of Court to Dismiss the Indictment as to Zakee Abdul Wadood is GRANTED. Docket #7. The indictment is hereby dismissed with prejudice as to Zakee Abdul Wadood.

IT IS SO ORDERED this 26th day of June, 2009.

_J. Leon Holmes_
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE